UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

IN RE:

Thomas J. Streck
Angelika Streck

Debtor(s)

Case No.: 10 B 74319

Chapter: 13

Judge Thomas M. Lynch

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Lydia Meyer, Chapter 13 Trustee, P.O. Box 14127, Rockford, IL 61105-4127
Thomas J. Streck, Angelika Streck, Debtor(s), 211 Collins, Rockton, IL 61072
Jeffrey A. Bivens, Attorney for Debtor(s), 4855 E. State Street, Rockford, IL 61108

You are hereby notified that debtor(s) is(are) due to NATIONSTAR MORTGAGE LLC for the contractual mortgage payment due 02/01/2013. As of the 05/28/2013 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 02/01/2013 through 05/01/2013 post-petition mortgage payments, with the 06/01/2013 coming due. The current mortgage payment amount due each month is $1,498.30. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 08/17/2013, NATIONSTAR MORTGAGE LLC's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on July 18, 2013.

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

(630) 794-5300
**C&A FILE (14-09-29996)**

NOTE: This law firm is deemed to be a debt collector.