## UNITED STATES BANKRUPTCY COURT
### Western District of Illinois

IN RE:                                             CHAPTER 13
THOMAS J. STRECK
ANGELIKA STRECK                                    CASE NO. 10-74319

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:   Nationstar Mortgage LLC      Court claim #:  9**

**Last four digits** of any number used to identify the debtor's account:  9136

| Final Cure Amount | |
|---|---|
| Amount of Prepetition Arrears | $16,751.04 (Per Creditor's Amended Proof of Claim) |
| | +    395.00 (Allowed Cost of Collection) |
| | +    200.00 (Allowed Cost of Collection) |
| Total | $17,346.04 |
| | |
| Amount Paid by Trustee | $17,346.04 |

| Monthly ongoing Mortgage Payment |
|---|
| Mortgage is paid: |
| ☐     Thru the Chapter 13 Plan          ☒     Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   10/3/2014                    /s/Lydia S. Meyer
                                      Lydia S. Meyer, Trustee
                                      308 W. State St., Suite 212
                                      Rockford, IL  61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 3rd Day of October, 2014.

Dated:   10/3/2014                    /s/Cynthia K. Burnard

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
350 HIGHLAND DRIVE
LEWISVILLE, TX 75067

AURORA LOAN SERVICES INC.
601-5TH AVENUE
PO BOX 1706
SCOTTSBLUFF, NE  69363-1706

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

THOMAS J. STRECK
ANGELIKA STRECK
211 COLLINS
ROCKTON, IL  61072

ATTORNEY JEFFREY A. BIVENS
4855 E. STATE STREET
ROCKFORD, IL  61108